JS-6 / ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL ROBERT HUBBARD, | No. CV 12-09804-MMM (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RON BARNES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: January 30, 2014

MARGARET M. MORROW
United States District Judge